# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

RAHUL BANERJI, an individual,

    Plaintiff

    v.

LEGGETT & PLATT, INC., a Corporation, and DOES 1 through 50, inclusive,

    Defendants.

CASE NO. 5:15-cv-01653-DTB

**[PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**

Mag. Judge: Hon. David T. Bristow

    Pursuant to the Stipulation entered into by and between Defendant Leggett & Platt, Inc. ("Defendant") and Plaintiff Rahul Banerji ("Plaintiff") through their respective counsel of record, and good cause appearing thereby,

    IT IS HEREBY ORDERED that the above captioned case is hereby dismissed with prejudice in its entirety.

DATED: June 7, 2017

_____
DAVID T. BRISTOW
United States District Court Magistrate Judge